UNITED STATES DISTRICT COURT

For the Northern District of California

|  |  |
|---|---|
| EVONY, LLC,<br><br>          Plaintiff,<br>   v.<br><br>AERIA GAMES & ENTERTAINMENT INC., *et al.*,<br><br>          Defendants.<br>_____/ | No. C 11-0141 SBA (LB)<br><br>**NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |

# UNITED STATES DISTRICT COURT
# Northern District of California
## Oakland Division

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred all discovery matters to United States Magistrate Judge Laurel Beeler. The parties shall comply with all applicable requirements in Judge Beeler's standing order (attached), including all procedures regarding resolution of discovery disputes.

**IT IS SO ORDERED.**

Dated: July 5, 2011

_____
LAUREL BEELER
United States Magistrate Judge

C 11-0141 SBA (LB)
NOTICE OF REFERRAL AND ORDER