|   |   |
|---|---|
| EVONY, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>AERIA GAMES & ENTERTAINMENT, INC., a Delaware corporation, and FENG INVESTMENT, LTD, a foreign corporation,<br><br>Defendants. | Case No: C 11-0141 SBA<br><br>**ORDER**<br><br>Docket 67 |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

On January 14, 2013, Evony, LLC ("Plaintiff") filed a motion requesting to appear at the hearing on its Motion for Alternative Service of Process on Defendant Feng Investment, Ltd. Pursuant to Fed. R. Civ. P. 4(f)(3) by telephone. Dkt. 67. Having reviewed the motion, the Court finds that Plaintiff has shown good cause to appear at the January 29, 2013 hearing by telephone.

Accordingly,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion to appear by telephone is GRANTED.

2. This Order terminates Docket 67.

IT IS SO ORDERED.

Dated: 1/16/13

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge