Steven M. Cowley (admitted *pro hac vice*)
scowley@edwardswildman.com
Andrew T. O'Connor (admitted *pro hac vice*)
aoconnor@edwardswildman.com
Joshua W. Gardner (admitted *pro hac vice*)
jgardner@edwardswildman.com
EDWARDS WILDMAN PALMER LLP
111 Huntington Avenue
Boston, MA 02199
P: (617) 239-0100
F: (888) 325-9541

Jon-Paul Lapointe (CA Bar. No. 250546)
jlapointe@edwardswildman.com
EDWARDS WILDMAN PALMER LLP
660 Newport Center Drive, Suite 900
Newport Beach, CA 92660
P: (949) 423-2100

Attorneys for Plaintiff, EVONY, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| EVONY, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AERIA GAMES & ENTERTAINMENT, INC.<br>And FENG INVESTMENT, LTD.,<br><br>　　　　　Defendants. | Case No. 11-cv-0141-SBA<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ALTERNATIVE SERVICE ON FENG INVESTMENT, LTD.**<br><br>The Honorable Saundra B. Armstrong<br><br>Magistrate Judge Laurel Beeker |

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**:

On December 28, 2012, plaintiff Evony, LLC ("Evony") filed a motion for an order permitting alternative service of process on Feng Investment, Ltd. ("Feng Investment") pursuant to Fed. R. Civ. P. 4(f)(3). Having considered the matter before it, all of the pleadings and papers filed herein, for good cause having been found, and determining that oral argument is not necessary, **IT IS HEREBY ORDERED THAT**:

Evony's Motion for alternative service is **GRANTED**. Evony shall have thirty (30) days from the date of entry of this Order to serve process on Feng Investment in the following manner:

1. By emailing a copy of the summons and complaint to the following email addresses: feng@fenginvestment.com; feng@bluepowers.com; and mach@fenginvestment.com; and

2. for the purpose of providing additional confirmation service, by serving a copy of the summons and complaint on Feng Investment's counsel of record, Newman DuWors LLP.

**IT IS SO ORDERED.**

DATED: 6/17/13

*Sandra B. Armstrong*

The Honorable Saundra B. Armstrong
United States District Judge
Northern District of California