Andrew T. O'Connor (admitted *pro hac vice*)
aoconnor@edwardswildman.com
EDWARDS WILDMAN PALMER LLP
111 Huntington Avenue
Boston, MA 02199
P: (617) 239-0100
F: (888) 325-9541

Attorneys for Plaintiff, EVONY, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| EVONY, LLC,<br><br>                  Plaintiff,<br><br>v.<br><br>AERIA GAMES & ENTERTAINMENT, INC.<br>And FENG INVESTMENT, LTD.,<br><br>                  Defendants. | Case No.  11-cv-0141-SBA<br><br>[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW BY ANDREW T. O'CONNOR<br><br>The Honorable Saundra B. Armstrong |

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**:

On September 24, 2013, Andrew T. O'Connor moved to withdraw as counsel for plaintiff, Evony, LLC.  Having considered the matter before it, all of the pleadings and papers filed herein, for good cause having been found, and determining that oral argument is not necessary, **IT IS HEREBY ORDERED THAT**:

Mr. O'Connor's Motion to Withdraw is **GRANTED** pursuant to Local Rule 11-5(a). Andrew T. O'Connor is no longer counsel for Evony, LLC in the above-captioned action.

**IT IS SO ORDERED.**

DATED:  10/4/2013

*Saundra B. Armstrong*
The Honorable Saundra B. Armstrong
United States District Judge
Northern District of California

EDWARDS WILDMAN PALMER LLP

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW
CIVIL ACTION NO. 11-CV-0141-SBA