UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVONY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>FENG INVESTMENT LTD,<br><br>    Defendant. | Case No. 11-cv-00141-SBA (JCS)<br><br>**ORDER VACATING SETTLEMENT CONFERENCE DATE OF OCTOBER 23, 2013 [DKT NO. 65]** |

IT IS HEREBY ORDERED that the Settlement Conference before Magistrate Judge Joseph C. Spero, set for October 23, 2013, at 9:30 AM, has been VACATED. The parties should contact the Court if Defendant Feng Investment makes an appearance in the case.

IT IS SO ORDERED.

Dated: October 7, 2013

                                            JOSEPH C. SPERO
                                            United States Magistrate Judge