UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EVONY, LLC, a Delaware limited liability company,<br><br>          Plaintiff,<br><br>     vs.<br><br>AERIA GAMES & ENTERTAINMENT, INC., a Delaware corporation, and FENG INVESTMENT, LTD, a foreign corporation,<br><br>          Defendants. | Case No:  C 11-0141 SBA<br><br>**ORDER** |

On September 25, 2013, Evony, LLC ("Plaintiff") filed a request for entry of default against Defendant Feng Investment, LTD ("Feng Investment").  Dkt. 82.  On October 4, 2013, the Clerk entered default against Feng Investment.  Dkt. 86.  To date, Plaintiff has not filed a motion for default judgment.

Accordingly,

IT IS HEREBY ORDERED THAT:

1. Plaintiff shall file a motion for default judgment by no later than thirty (30) days from the date this Order is filed.  Failure to comply with this Order may result in the dismissal of this action for failure to prosecute under Rule 41 of the Federal Rules of Civil Procedure.

2. The pretrial conference scheduled for December 10, 2013 and the December 16, 2013 trial date are VACATED.

IT IS SO ORDERED.

Dated: 11/21/2013

*(signature)*
SAUNDRA BROWN ARMSTRONG
United States District Judge