STEVEN M. COWLEY (admitted *Pro Hac Vice*)
**DUANE MORRIS LLP**
100 High Street, Suite 2400
Boston, MA 02110-1724
Telephone: 857.488.4261
Facsimile: 857.401.3090
Email: SMCowley@DuaneMorris.com

CHRISTOPHER B. YEH (SBN 262991)
**DUANE MORRIS LLP**
One Market Plaza, Spear Tower, Suite 2200
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
Email: CBYeh@DuaneMorris.com

Attorneys for Plaintiff,
EVONY, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| EVONY, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>AERIA GAMES & ENTERTAINMENT, INC. and FENG INVESTMENT, LTD.,<br><br>　　　　　　　Defendants. | Case No.: 4:11-cv-00141-SBA<br><br>**ORDER GRANTING PLAINTIFF EVONY, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>The Honorable Saundra B. Armstrong<br><br>Magistrate Judge Laurel Beeler |

Plaintiff Evony, LLC ("Evony") filed an administrative motion under Civil L.R. 7-11 seeking an Order under Civil L.R. 79-5 that the following documents be filed under seal:

- Declaration Of Steven M. Cowley In Support Of Plaintiff Evony, LLC's Motion For Default Judgment Against Defendant Feng Investment, Ltd.; and

- Exhibit A to the Declaration Of Steven M. Cowley In Support Of Plaintiff Evony, LLC's Motion For Default Judgment Against Defendant Feng Investment, Ltd.

After consideration of Evony's administrative motion, the Declaration of Christopher B. Yeh, and other materials submitted by Evony in support, and for good cause shown, IT IS HEREBY ORDERED THAT the Declaration Of Steven M. Cowley In Support Of Plaintiff Evony, LLC's Motion For Default Judgment Against Defendant Feng Investment, Ltd., and all exhibits thereto, may be filed under seal pursuant to Civil L.R. 79-5(b).

IT IS SO ORDERED.

Dated: 12/23/2013

*Saundra B. Armstrong*
The Honorable Saundra Brown Armstrong
United States District Court Judge