United States District Court
Northern District of California

EVONY, LLC,

    Plaintiff,

v.

AERIA GAMES & ENTERTAINMENT, and FENG INVESTMENT, LTD.,

    Defendants.

Case No.: CV 11-00141-SBA (KAW)

ORDER REQUIRING ADDITIONAL BRIEFING; ORDER CONTINUING HEARING DATE TO APRIL 3, 2014

On December 20, 2013, Plaintiff Evony, LLC filed a motion for default judgment against Feng Investment, Ltd. for violations of the Copyright Act. The motion was referred to the undersigned for report and recommendation. (Dkt. No. 95.)

Upon review of the moving papers, the Court orders Plaintiff to submit additional briefing on the Court's ability to exercise jurisdiction over Feng Investment, a foreign corporation organized under the laws of the British Virgin Islands.

Accordingly, the March 6, 2014 hearing on Plaintiff's motion for default judgment is continued to April 3, 2014.

Plaintiff shall provide supplemental briefing on the jurisdictional issue, not to exceed 10 pages, on or before March 18, 2014.

IT IS SO ORDERED.

Dated: March 4, 2014

                                              KANDIS A. WESTMORE
                                              United States Magistrate Judge