1  STEVEN M. COWLEY (admitted *Pro Hac Vice*)
   **DUANE MORRIS LLP**
2  100 High Street, Suite 2400
   Boston, MA 02110-1724
3  Telephone: 857.488.4261
   Facsimile: 857.401.3090
4  Email:  smcowley@duanemorris.com

5  CHRISTOPHER B. YEH (SBN 262991)
   **DUANE MORRIS LLP**
6  One Market Plaza, Spear Tower, Suite 2200
   San Francisco, CA 94105-1104
7  Telephone: 415.957.3000
   Facsimile: 415.957.3001
8  Email:  cbyeh@duanemorris.com

9  Attorneys for Plaintiff
   EVONY, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| EVONY, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AERIA GAMES & ENTERTAINMENT, INC. and FENG INVESTMENT, LTD.,<br><br>　　　　　　Defendants. | Case No.: 4:11-cv-00141-SBA<br><br>**REQUEST AND [PROPOSED] ORDER TO CONTINUE  HEARING DATE FOR PLAINTIFF EVONY, LLC'S MOTION FOR DEFAULT JUDGMENT AGAINST FENG INVESTMENT, LTD.**<br><br>The Honorable Saundra B. Armstrong<br><br>Magistrate Judge Kandis A. Westmore<br><br>Current Date:　　April 3, 2014<br>**Requested Date:　May 15, 2014**<br>Time:　　　　　　11:00 a.m.<br>Courtroom:　　　　TBD |

Plaintiff Evony, LLC ("Evony"), by and through its counsel, respectfully requests the Court continue the hearing date for Plaintiff's Motion For Default Judgment Against Feng Investment, Inc. ("Motion") from the presently-scheduled date of April 3, 2014 at 11:00 a.m. to the proposed date of May 15, 2014 at 11:00 a.m., based on the following grounds:

1. Counsel for Evony is unable to attend the present hearing date of April 3, 2014 because counsel will be in trial in Los Angeles from March 31, 2014 through at least April 21, 2014.

2. In speaking with Judge Westmore's Clerk, May 15, 2014 is the earliest date available after April 3, 2014 for the hearing on Evony's Motion.

3. Since this hearing concerns a default, there are no other parties that would be affected by a continuance of the hearing date.

Respectfully Submitted,

Dated: March 24, 2014

**DUANE MORRIS LLP**

By: */s/ Christopher B. Yeh*
Steven M. Cowley
Christopher B. Yeh

Attorneys for Plaintiff,
EVONY, LLC

**IT IS SO ORDERED.**

DATED: ____3/25____, 2014

_____
HON. KANDIS A. WESTMORE
United States Magistrate

- 1 -